1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Ronald Hanson,                     )   No. CV-08-419-PHX-DGC
                                        )
10              Plaintiff,              )   **ORDER**
                                        )
11  vs.                                 )
                                        )
12  Desert Milk Transportation, Inc. Defined )
    Benefit Plan; Desert Milk          )
13  Transportation, Inc., Plan Administrator )
    of the Desert Milk Transportation, Inc. )
14  Defined Benefit Plan; Janet L. Woods, )
    individually and as Trustee of the Desert )
15  Milk Transportation, Inc. Defined  )
    Benefit Plan,                       )
16                                      )
                Defendants.             )
17  _____)

18

19          Defendants have filed a motion for leave to file a third-party complaint pursuant to

20  Rule 14 of the Federal Rules of Civil Procedure.  Dkt. #32.  Plaintiff does not oppose the

21  motion.  Dkt. #39.

22          Rule 14 allows a defending party to assert a third-party complaint against "a nonparty

23  who is or may be liable to it for all or part of the claim against it."  Fed. R. Civ. P. 14(a)(1).

24  Defendants seek leave to file a third-party complaint against Matthews, Gold, Kennedy and

25  Snow, Inc. ("MGKS") and Steve and Jane Doe Matthews.  Dkt. #32.  The proposed

26  complaint sufficiently alleges, for purposes of Rule 14, that MGKS and the Matthews may

27  be liable to Defendants for all or part of the claims asserted against them by Plaintiff.

28  Dkt. #34.  The Court accordingly will grant Defendants' motion.

**IT IS ORDERED:**

1.      Defendants' motion for leave to file third-party complaint (Dkt. #32) is **granted**.

2.      The Clerk is directed to filed the lodged proposed third-party complaint (Dkt. #34).

DATED this 5th day of September, 2008.

_____
David G. Campbell
United States District Judge